# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139748 (66)


FIRST INDUSTRIAL, L.P.,
   Plaintiff-Appellee,
   Cross-Appellant,

             SC: 139748
v             COA: 282742
             Ct of Claims: 06-000004-MT
DEPARTMENT OF TREASURY,
   Defendant-Appellant,
   Cross-Appellee.
_____


   On order of the Chief Justice, the motion by plaintiff-appellee for adjournment of the oral argument on the application for leave to appeal is considered and it is GRANTED.  The clerk is directed to place this case on the April 2010 session calendar for oral argument.




I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2010

                 Clerk